# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

AMY BRYANT, M.D.,

*Plaintiff-Appellee,*

v.

TIMOTHY K. MOORE, ET AL.,

*Intervenors/Defendants-Appellants*

and

JEFFREY NEALE JACKSON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF NORTH CAROLINA, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Middle District of North Carolina
Case No. 1:23-cv-00077-CCE-LPA

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

Alexander C. Dale
WARD & SMITH, PA
P. O. Box 7068
Wilmington, NC 28406-7068
(910) 794-4800
acd@wardandsmith.com

Erin M. Hawley
Erik C. Baptist
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
ehawley@ADFlegal.org
ebaptist@ADFlegal.org

*Counsel for Appellants*

## UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

Pursuant to Federal Rule of Appellate Procedure 27, the parties request leave to file supplemental briefs addressing this Court's decision in *GenBioPro v. Raynes*, 144 F.4th 258 (4th Cir. 2025). Under Rule 27(a), all parties have been informed of this filing and consent to the granting of the motion.

The briefing in the above-captioned case was completed on December 18, 2024. Also in December, this Court placed this case in abeyance pending a decision in *GenBioPro, Inc. v. Raynes*, CA4 Docket No. 23-2194. *GenBioPro v. Raynes* was decided by this Court on July 15, 2025. 144 F.4th 258 (4th Cir. 2025). Appellants Timothy K. Moore and Philip E. Berger, with the consent of all parties, thus request leave for all parties to file supplemental briefs addressing the *GenBioPro* decision, limited to fifteen pages and due on April 27, 2026.

Dated: March 26, 2026

Respectfully submitted,

*s/Erin M. Hawley*

| | |
|---|---|
| Alexander C. Dale | Erin M. Hawley |
| WARD & SMITH, PA | Erik C. Baptist |
| P. O. Box 7068 | ALLIANCE DEFENDING FREEDOM |
| Wilmington, NC 28406-7068 | 440 First Street NW, Suite 600 |
| (910) 794-4800 | Washington, DC 20001 |
| acd@wardandsmith.com | (202) 393-8690 |
| | ehawley@ADFlegal.org |
| | ebaptist@ADFlegal.org |

*Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

This paper complies with the word limit of Fed. R. App. P. 32(a) because this paper contains 139 words, excluding parts exempted by Fed. R. App. P. 32(f).

This paper complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in Word 365 using a proportionally spaced typeface, 14-point Century Schoolbook.

Dated: March 26, 2026

*s/Erin M. Hawley*
Erin M. Hawley
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026 I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*s/Erin M. Hawley*
Erin M. Hawley
*Counsel for Appellants*