# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 28, 2026

_____

RESPONSE REQUESTED

_____

No.  24-1576 (L), <u>Amy Bryant v. Timothy Moore</u>
1:23-cv-00077-CCE-LPA

TO:    Miguel A. Pineiro
       Timothy K. Moore
       Joshua D. Malcolm
       W. Howard Hall
       Michaux R. Kilpatrick
       Kody H. Kinsley
       Jeff  Nieman
       Sharona Y. Johnson
       Amy  Bryant
       Melinda H. Privette
       Christine M. Khandelwal
       Philip E. Berger
       Robert  Rich
       Anuradha  Rao-Patel
       John W. Rusher
       Devdutta G. Sangvai
       William M. Brawley
       Jeffrey Neale Jackson

RESPONSE DUE: 05/08/2026

Response is required to the motion for leave to file amicus curiae brief on or before 05/08/2026.

J. Neal, Deputy Clerk
804-916-2702