**Nos. 24-1576(L), 24-1600, 24-1617**

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

AMY BRYANT, M.D.,

*Plaintiff-Appellee,*

v.

TIMOTHY K. MOORE, *et al.,*

*Intervenors/Defendants-Appellants,*

and

JEFFREY NEALE JACKSON, in his official capacity
as Attorney General for the State of North Carolina, *et al.,*

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Middle District of North Carolina, No. 1:23-cv-00077-CCE-LPA

## RESPONSE OF AMY BRYANT, M.D. TO MOTION
## FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Paul Alessio Mezzina
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
(202) 737-0500
pmezzina@kslaw.com

Eva A. Temkin
ARNOLD & PORTER KAYE
 SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5123
Eva.Temkin@arnoldporter.com

Nicole L. Masiello
ARNOLD & PORTER KAYE
 SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7876

*Counsel for Amy Bryant, M.D.*

May 1, 2026

On April 28, 2026, the Court requested that all parties file a response to the April 27, 2026 motion by Taylor Morgan Dant for leave to file an amicus curiae brief in support of Plaintiff-Appellee, Dr. Amy Bryant.

Dr. Bryant takes no position on the motion for leave to file the amicus brief.

Respectfully submitted,

/s/Eva A. Temkin

| | |
|---|---|
| Paul Alessio Mezzina | Eva A. Temkin |
| KING & SPALDING LLP | ARNOLD & PORTER KAYE SCHOLER LLP |
| 1700 Pennsylvania Avenue NW | 601 Massachusetts Avenue NW |
| Washington, DC 20006 | Washington, DC 20001 |
| (202) 737-0500 | (202) 942-5123 |
| pmezzina@kslaw.com | Eva.Temkin@arnoldporter.com |

Nicole L. Masiello
ARNOLD & PORTER KAYE
 SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7876
nicole.masiello@arnoldporter.com

*Counsel for Amy Bryant, M.D.*

May 1, 2026

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 53 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word 365 ProPlus.

Date: May 1, 2026

*/s/Eva A. Temkin*