No. 24-1576(L)

In the United States Court of Appeals
for the Fourth Circuit

AMY BRYANT, M.D.,
*Plaintiff-Appellee, Cross-Appellant*

v.

TIMOTHY K. MOORE; PHILIP E. BERGER,
*Intervenor-Defendants-Appellants, Cross-Appellees*

and

JEFFREY NEALE JACKSON, in his official capacity as Attorney
General for the State of North Carolina,
*Defendant-Appellee, Cross-Appellant*

and

JEFF NEIMAN, in his official capacity as District Attorney for North
Carolina 18th Prosecutorial District, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Middle District of North Carolina

**RESPONSE OF DEFENDANT ATTORNEY GENERAL JEFF
JACKSON TO MOTION FOR LEAVE TO FILE AMICUS BRIEF**

JEFF JACKSON
Attorney General

Nicholas S. Brod
Solicitor General

Stephanie A. Brennan
Special Deputy Attorney General

North Carolina Department of Justice
Post Office Box 629, Raleigh, NC 27602
(919) 716-6400

On April 28, 2026, this Court entered an order, Dkt. 94, requesting a response to the motion by Taylor Dant for leave to file an amicus curiae brief, Dkt. 90, in support of plaintiff-appellee, Dr. Amy Bryant.

The Attorney General takes no position on the motion for leave to file an amicus brief.

Respectfully submitted, this the 5th day of May 2026.

JEFF JACKSON
Attorney General

/s/ Nicholas S. Brod
Nicholas S. Brod
Solicitor General

Stephanie A. Brennan
Special Deputy Attorney General

*Counsel for Defendant Attorney General Jeff Jackson*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
(919) 716-6400
nbrod@ncdoj.gov
sbrennan@ncdoj.gov

1

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with Federal Rule of Appellate Procedure 27(d) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 53 words.

Respectfully submitted, this the 5th day of May 2026.

/s/ Nicholas S. Brod
Nicholas S. Brod

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2026, I filed the foregoing with the Clerk

of the Court for the United States Court of Appeals for the Fourth

Circuit by using the appellate CM/ECF system.  Participants in the case

are registered CM/ECF users and service will be accomplished by the

appellate CM/ECF system.

Respectfully submitted, this the 5th day of May 2026.

/s/ Nicholas S. Brod
Nicholas S. Brod