No. 24-1576(L)

In the United States Court of Appeals
for the Fourth Circuit

AMY BRYANT, M.D.,

*Plaintiff-Appellee, Cross-Appellant*

v.

TIMOTHY K. MOORE; PHILIP E. BERGER,
*Intervenor-Defendants-Appellants, Cross-Appellees*

and

JEFFREY NEALE JACKSON, in his official capacity as Attorney
General for the State of North Carolina,
*Defendant-Appellee, Cross-Appellant*

and

JEFF NIEMAN, in his official capacity as District Attorney for North
Carolina 18th Prosecutorial District, et al.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Middle District of North Carolina

**RESPONSE OF DA JEFF NIEMAN TO MOTION FOR LEAVE TO
FILE BRIEF OF AMICUS CURIAE**

JEFFREY NEALE JACKSON
Attorney General

Kristin J. Uicker
Special Deputy Attorney General

North Carolina Department of Justice
Post Office Box 629 Raleigh, NC 27602
(919) 716-6593

On April 28, 2026, the Court requested that all parties file a response to the April 27, 2026 motion by Taylor Morgan Dant for leave to file an amicus curiae brief in support of Plaintiff-Appellee, Dr. Amy Bryant. Dkt. 94.

DA Nieman takes no position on the motion for leave to file the amicus brief.

Respectfully submitted,

JEFF JACKSON
Attorney General

/s/ Kristin J. Uicker
Kristin J. Uicker
Special Deputy Attorney General

*Counsel for Defendant District Attorney Jeff Nieman*

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
(919) 716-6593
kuicker@ncdoj.gov

May 5, 2026

1

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the type-volume limitations of Fed. R. App. P. 28.1(e)(2)(c) because it contains 55 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).  This response complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) & (6) because it has been prepared in a proportionally spaced typeface: 14-point Century Schoolbook font.

Respectfully submitted, this the 5th day of May, 2026

/s/ Kristin J. Uicker
Kristin J. Uicker

## CERTIFICATE OF SERVICE

I certify that on this day, I electronically filed the foregoing with using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

Respectfully submitted, this the 5th day of May, 2026.

<u>/s/ Kristin J. Uicker</u>
Kristin J. Uicker