No. 24-1576

In the United States Court of
Appeals for the Fourth Circuit

AMY BRYANT, M.D.,
*Plaintiff-Appellee, Cross-Appellant*

v.

TIMOTHY K. MOORE; PHILIP E. BERGER,
*Intervenor-Defendants-Appellants, Cross-Appellees*

and

JEFFREY NEALE JACKSON, in his official capacity as Attorney
General for the State of North Carolina,
*Defendant-Appellee, Cross-Appellant*

and

JEFF NEIMAN, in his official capacity as District Attorney for
North Carolina 18th Prosecutorial District, et al.,
*Defendants-Appellees.*

―――――――――

On Appeal from the United States District
Court for the Middle District of North Carolina

―――――――――

**RESPONSE OF SECRETARY DEVDUTTA G. SANGVAI TO
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

―――――――――

Michael T. Wood
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
(919) 716-6400

On April 28, 2026, this Court entered an order, Dkt. 94, requesting a response to the motion by Taylor Dant for leave to file an amicus curiae brief, Dkt. 90, in support of plaintiff-appellee, Dr. Amy Bryant.

Secretary Devdutta G. Sangvai, in his official capacity as the Secretary of the North Carolina Department of Health and Human Services (NCDHHS), takes no position on the motion for leave to file an amicus brief.[1]

Respectfully submitted, this the 6th day of May 2026.

/s/ Michael T. Wood
Special Deputy Attorney General

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
(919) 716-0186
mwood@ncdoj.gov

*Counsel for Defendant Secretary Sangvai*
*of the North Carolina Department of Health*
*and Human Services (NCDHHS)*

---

[1] Secretary Sangvai was sworn in as Secretary of NCDHHS on January 12, 2025. Pursuant to Fed. R. App. P. 43(c)(2), Secretary Sangvai is automatically substituted as a party for former Secretary Kody Kinsley, both of whom were named in their official capacities only.

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with Federal Rule of Appellate Procedure 27(d) because it has been prepared in Century Schoolbook 14-point font using Microsoft Word. I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 108 words.

Respectfully submitted, this the 7th day of May 2026.

/s/ Michael T. Wood
Michael T. Wood

## CERTIFICATE OF SERVICE

I certify that on May 7, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Respectfully submitted, this the 7th day of May 2026.

/s/ Michael T. Wood
Michael T. Wood